FAHS, Collector of Internal Revenue, v. ORANGE STATE OIL CO.

No. 10672.

Circuit Court of Appeals, Fifth Circuit.

Oct. 22, 1943.

744

Bernard Chertcoff and Sewall Key, Sp. Assts. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., Herbert S. Phillips, U. S. Atty., of Tampa, Fla., and Harry G. Taylor, Asst. U. S. Atty., of Miami, Fla., for appellant.

J. Mark Wilcox, of Miami, Fla., for appellee.

Before HUTCHESON and HOLMES, Circuit Judges, and RUSSELL, District Judge.

PER CURIAM.

This case cannot be distinguished from that of American Oil Co. v. Fly, 5 Cir., 135 F.2d 491. On the authority of that case the judgment is affirmed.